Circuit Court for Montgomery County
Case No. 31172M
Case No. 31198M
Argued: October 7, 2016

IN THE COURT OF APPEALS

OF MARYLAND

Misc. Docket AG Nos. 9 & 25
September Term, 2015

_____

ATTORNEY GRIEVANCE COMMISSION

OF MARYLAND

v.

MARK HOWARD ALLENBAUGH

_____

Barbera, C.J.
Greene
Adkins
McDonald
Watts
Hotten
Getty,

JJ.

_____

PER CURIAM ORDER

_____

Filed: October 7, 2016

ATTORNEY GRIEVANCE     *  **In the**
COMMISSION OF MARYLAND

             *  **Court of Appeals**

     v.        *  **of Maryland**

             *  **Misc. Docket AG Nos. 9 & 25**

MARK HOWARD ALLENBAUGH  *  **September Term, 2015**

**PER CURIAM ORDER**

For reasons to be stated in an opinion later to be filed, it is this 7th day October 2016,

ORDERED, by the Court of Appeals of Maryland, that the Respondent, Mark Howard Allenbaugh be, and he is hereby, disbarred, effective immediately, from the further practice of law in the State of Maryland; and it is further

ORDERED that the Clerk of this Court shall strike the name of Mark Howard Allenbaugh from the register of attorneys, and pursuant to Maryland Rule 19-761, shall certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in the State; and it is further

ORDERED that Respondent shall pay all costs as taxed by the Clerk of this Court, including the costs of all transcripts, pursuant to Maryland Rule 19-709, for which sum judgment is entered in favor of the Attorney Grievance Commission of Maryland against Mark Howard Allenbaugh.

           /s/ Mary Ellen Barbera
           Chief Judge